Judith Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone (307) 235-6681
Fax (307) 234-5099
Email jstuder@schwartzbon.com
Attorneys For Defendant First Choice of the Midwest, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-CV-197SWS |
| | ) |
| SHEFFIELD, OLSON & MCQUEEN, | ) |
| INC., a Minnesota corporation, and | ) |
| FIRST CHOICE OF THE MIDWEST, | ) |
| INC., a South Dakota corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTIFICATION OF NONCOMPLEXITY OF CIVIL CASE**

Pursuant to U.S.D.C.L.R. §16.1, defendant First Choice of the Midwest, Inc. hereby notifies the Court and the opposing party that the above-named civil case is non-complex.

DATED this 26th day of September, 2012.

/s/ Judith Studer
Judith Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY  82601
Telephone (307) 235-6681
Fax (307) 234-5099

Attorneys For Defendant First Choice of the Midwest, Inc.

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of September, 2012, the undersigned served the within and foregoing **NOTIFICATION OF NONCOMPLEXITY OF CIVIL CASE** upon the following registered filing user(s) pursuant to CM/ECF System:

Jeffrey J. Gonda
PO Drawer 5059
Sheridan, WY  82801

/s/ Judith Studer
Judith Studer
SCHWARTZ, BON, WALKER & STUDER, LLC