Bradley T. Cave, P.C.
Joanna R. Vilos
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

ATTORNEYS FOR DEFENDANT
SHEFFIELD, OLSON & MCQUEEN, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEVEN DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 12-CV-197-SWS |
| SHEFFIELD, OLSON & McQUEEN, INC., a | ) |
| Minnesota corporation; and FIRST CHOICE OF | ) |
| THE MIDWEST, INC., a South Dakota | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT SHEFFIELD, OLSON & MCQUEEN, INC.'S MOTION TO DISMISS

Defendant Sheffield, Olson & McQueen, Inc. (SOMI) respectfully moves the Court to dismiss the Plaintiff's Complaint against it with prejudice.  A memorandum supporting this motion will be filed contemporaneously herewith.

DATED: October 2, 2012.

/s/ Joanna R. Vilos
Bradley T. Cave, P.C.
Joanna R. Vilos
Holland & Hart LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
bcave@hollandhart.com
jvilos@hollandhart.com

ATTORNEYS FOR DEFENDANT SHEFFIELD, OLSON & McQUEEN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I served a true and correct copy of the foregoing by CM-ECF addressed to the following:

Jeffrey J. Gonda
Lonabaugh & Riggs, LLP
50 E. Loucks Street, Ste. 110
P.O. Drawer 5059
Sheridan, WY 82801
jeff@lonabaugh.com

/s/ Joanna R. Vilos

5779605_1.DOCX